Gillen v. State ex rel. High Springs Bank—Decision of Court.

and settlement'' of the mortgage debt was not ''itself a mortgage,'' either by its terms and purpose or by operation of law, because the mortgage debt was thereby adjusted, settled and cancelled. See Pilkington v. Rose, *supra;* Bell v. Shiver, 181 Ala. 303, 61 South. Rep. 881; Ex Parte Southern Ry. Co. 181 Ala. 486, 61 South. Rep. 881; 1 Jones on Mortg. (7th ed.) Sec. 267; Wallace v. Johnstone, 129 U. S. 58, 9 Sup. Ct. Rep. 243; 19 R. C. L. p. 266; Johnson v. National Bank of Commerce of Tacoma, 65 Wash. 261, 118 Pac. Rep. 21, L. R. A. 1916 B 4.

Rehearing denied.

BROWN, C. J. AND WHITFIELD AND STRUM, J. J. AND CAMPBELL, KOONCE AND PARKS, *Circuit Judges,* concur.

ELLIS, TERRELL AND BUFORD, J. J., disqualified.

---

GUY GILLEN, AS COUNTY JUDGE, AND JAMES H. BUNCH, *Plaintiffs in Error,* v. STATE OF FLORIDA, *ex rel.,* HIGH SPRINGS BANK, A CORPORATION, *Defendants in Error.*

Division B.

Decision Filed December 11, 1925.

A Writ of Error to the Circuit Court for Columbia County; M. F. Horne, Judge.

*Guy Gillen* and *James H. Bunch,* for Plaintiffs in Error;

*F. Y. Smith,* for Defendants in Error.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the

judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J, J., concur.